AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Decapolis Systems, LLC<br>*Plaintiff*<br>v.<br>UT Southwestern Health Systems et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 2:22-cv-00159-JRG-RSP |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/14/2026 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 08/14/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:22-CV-00159-JRG-RSP |
| CHRISTUS HEALTH | § | |
| *Defendant.* | § | |

**ORDER AND FINAL JUDGMENT**

Before the Court is Defendant Christus Health's Unopposed Motion for Entry of Final Judgment. (Dkt. No. 115.) The above-captioned case was resolved by the Court's Order (Dkt. No. 76), which dismissed with prejudice all claims asserted against Defendant and directed Defendant to file its proposed bill of costs. The Court then granted Defendant's motion for costs and attorneys' fees. (Dkt. No. 109.) Defendant now requests entry of final judgment awarding it costs and attorneys' fees. (Dkt. No. 115 at 2). Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Final Judgment is entered in favor of Defendant against Decapolis Systems, LLC;
2. Plaintiff Decapolis Systems, LLC shall pay Defendant's attorneys' fees in the amount of $643,248.03 within thirty (30) days of this Order and Final Judgment; and
3. Plaintiff shall pay Defendant's Bill of Costs in the amount of $393.25 within thirty (30) days of this Order and Final Judgment.

The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 13th day of July, 2026.**

A TRUE COPY I CERTIFY
DAVID A. O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE