# ASSIGNMENT OF JUDGMENT

FOR GOOD AND VALUABLE CONSIDERATION, the receipt and sufficiency of which is hereby acknowledged, CHRISTUS Health, a Texas corporation ("CHRISTUS" or "Assignor") hereby assigns, transfers and sets over unto Epic Systems Corporation, a Wisconsin corporation ("Epic" or "Assignee"), all rights, title, and interest in and to that certain Final Judgment entered on July 14, 2026, giving judgment in the amount of $643,248.03 in attorneys' fees, plus Costs in the amount of $393.25, in the case styled *Decapolis Systems, LLC v. CHRISTUS Health*, in the United States District Court for the Eastern District of Texas, filed as Case No. 2:22-cv-00159-JRG-RSP ("the Judgment"), a copy of which is attached hereto.

Assignee shall have all of the Assignor's right, title, and interest in and to the Judgment, the right to collect or receive the monies due under the Judgment, and any part thereof, or to release or discharge the Judgment.

CHRISTUS covenants that it will not collect or receive any part of the assigned Judgment amount and that it will allow Epic to undertake and pursue any and all lawful proceedings thereon.

**This Assignment of Judgment is made by Assignor without recourse and without any representations or warranties, express or implied, of any kind or nature, whether oral or written, and is effective as of August 19, 2026.**

IN WITNESS WHEREOF, Assignor has caused its name to be subscribed hereto by its duly authorized officer on the 19 day of August 2026.

CHRISTUS Health

By: David Raff
Title: Vice President, Litigation

[Notarial Acknowledgement on Following Page]

STATE OF TEXAS )
) ss.:
COUNTY OF DALLAS )

On the 19 day of August, 2026 before me, the undersigned, personally appeared David Raff, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

SHELLEY A JOHNSON
Notary ID #6828301
My Commission Expires
February 13, 2029

Shelley Johnson
Notary Public